IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE RENE MONGE, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SAPOL VARADAA, LLC, et al.<br><br>    Defendants. | Civil Action No. **1:15-cv-02104-RBW** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss this action against *all defendants without prejudice*, Plaintiffs to bear their own costs and attorneys' fees.

Date: April 8, 2016

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*