UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSE RENE MONGE and MARVIN SOSA, | ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Plaintiffs, |  |
| v. |  | Civil Action No. 15-2104 (RBW) |
| SAPOL VARADAA, LLC, et al., |  |
| Defendants. |  |

**ORDER**

The Court dismissed this civil case without prejudice on April 8, 2016, see April 8, 2016 Minute Order, after receiving the plaintiffs' Notice of Voluntary Dismissal, ECF No. 9. The parties now seek to reopen the case, insisting that the Court must review and approve the settlement agreement that the parties reached prior to the Court's dismissal of the case and that this case must be dismissed with prejudice once the defendant has satisfied its obligations under the settlement agreement. See Consent Motion of Plaintiffs and Defendant Sapol Varadaa L.L.C. to Re-open Litigation to Obtain Court Approval of Settlement and for Other Relief ("Mot.") ¶¶ 2-3. The Court will approve the settlement agreement, but deems it pointless to reopen the case, only to close it again after approving the settlement agreement.

This case involves claims under the Fair Labor Standards Act ("FLSA"), see Mot. ¶ 1, and thus, the Court must approve a settlement agreement resolving those claims, see Sarceno v. Choi, 78 F. Supp. 3d 446, 449 (D.D.C. 2015) (citing cases). The settlement agreement must: (1) resolve a bona fide dispute between the plaintiffs and the defendant; and (2) reflect a reasonable compromise in resolving the FLSA issues. See id. at 450-51. Here, the parties agree that the settlement agreement meets both criteria. See Mot. ¶¶ 6-9. Accordingly, it is hereby

1

**ORDERED** that the Consent Motion of Plaintiffs and Defendant Sapol Varadaa L.L.C. to Re-open Litigation to Obtain Court Approval of Settlement and for Other Relief is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that the parties' settlement agreement, see Mot., Exhibit A (Settlement Agreement and General Release), is **APPROVED**.  It is further

**ORDERED** that this case shall remain **CLOSED**.  It is further

**ORDERED** that this case shall be **DISMISSED WITH PREJUDICE** upon defendant's full compliance with the settlement agreement.  It is further

**ORDERED** that if the defendant does not fully comply with the terms of the settlement agreement, any party may file a motion to reopen the case.

**SO ORDERED** on this 11th day of May, 2016.

REGGIE B. WALTON
United States District Judge